**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 496 MAL 2017
:
             Respondent : Petition for Allowance of Appeal from
: the Order of the Superior Court
:
        v. :
:
:
:
SABRIEL R. RIVERA, :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.